UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TAMI KNAPP,

                Plaintiff,

          v.

GENERAL ELECTRIC COMPANY,

                Defendant.

**STIPULATION & ORDER OF DISMISSAL**

Civil Action No. 1:16-cv-0340 (GTS/DEP)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by the attorneys of record for Tami Knapp and General Electric Company, and all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other.

Dated: September 23, 2016

By: _____
Giovana D'Orazio
Bar Roll No. 515574
D'ORAZIO PETERSON LLP
Attorneys for Plaintiff Tami Knapp
125 High Rock Avenue
Saratoga Springs, NY 12866
Telephone: (518) 308-8339
Facsimile: (518) 633-5106

Dated: October 19, 2016

By: _____
Nicholas J. D'Ambrosio, Jr., Esq.
Bar Roll No. 101449
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant General Electric Company
22 Corporate Woods Blvd., Suite 501
Albany, New York 12211
Telephone: (518) 533-3214
Facsimile: (518) 533-3299

**IT IS SO ORDERED:**

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: October 19, 2016
       Syracuse, NY

416852.1 9/21/2016